COM.

v.

**MILLER, C.**

**1344 MDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–67–CR–0009185–2012 (York)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**UTZ, D.**

**1651 MDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–67–CR–0002429–1996 (York)

Affirmed

**MEYERS, T.**

v.

**LVD ACQUISITIONS, LLC**

**1740 MDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–44–CV–261–2015 (Mifflin)

Affirmed

COM.

v.

**BUTLER, C.**

**597 WDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–02–CR–0015888–2004 (Allegheny)

Affirmed

COM.

v.

**JABLONSKI, S.**

**647 WDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–11–CR–0001918–2014 (Cambria)

Vacated/Remanded